UNITED STATES DISTRICT COURT DISTRICT OF
NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 20-16172 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Margarita Delarosa | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(X) Reporting, as directed, to U.S. Pretrial Services;

(X) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

(X) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(X) The defendant shall appear at all future court proceedings;

( ) Other:

/s/ Margarita Delarosa                        11/4/20
DEFENDANT                                     DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE


            11/4/20
DATE