UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Magistrate No. 20-16172 |
| MARGARITA DELAROSA | : | <u>ORDER FOR DISMISSAL</u> |

   Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 9453789 against defendant Margarita Delarosa, which was filed on August 01, 2020, charging her with: Criminal Possession of a Controlled Dangerous Substance, for the reason that prosecution of defendant Margarita Delarosa is being deferred under the terms of a pretrial diversion agreement.

   This dismissal is without prejudice and is pending the successful completion by defendant Margarita Delarosa of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

                */s/ Philip R. Sellinger*
                Philip Sellinger
                United States Attorney

Leave of Court is granted for the filing of the
foregoing dismissal.

                */s/ Tonianne J. Bongiovanni*
                HON. TONIANNE J. BONGIOVANNI
                United States Magistrate Judge

Dated: 7/26/22